UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| URIEL MORALES, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT PALMESE et al.,<br><br>    Defendants. | 1:23-cv-03649-DLI-PK |

**JOINT STATUS REPORT ABOUT COMPLIANCE
WITH THE COURT'S OCTOBER 3, 2023 MINUTE ORDER**

Pursuant to the Court's October 3, 2023 minute order, Plaintiff and Defendants submit this joint status report and show the following:

1. On October 3, 2023, the Court issued a minute order that directed the parties to produce to one another limited discovery by November 17, 2023. That discovery included (1) all communications between Plaintiff and Defendant Palmco Power NJ, LLC (or a known third-party sales agent) pertaining to any agreement or purported agreement to supply energy, and (2) Defendant Palmco Power NJ, LLC's policies and procedures for signing up new customers.

2. The Court's order instructed the parties to file a joint status report by November 22, 2023 certifying compliance with the order.

3. By the signature of their respective attorneys on the status report, both Plaintiff and Defendants certify that they have complied with the Court's order by making the production directed in that order.

[*signatures follow*]

1

Dated: November 22, 2023

| | |
|---|---|
| FINKELSTEIN, BLANKINSHIP,<br>FREI-PEARSON & GARBER, LLP | STEPTOE & JOHNSON LLP |
| By:   */s/ D. Greg Blankinship*<br>     D. Greg Blankinship<br>     Bradley F. Silverman<br>     Erin Kelley<br>     One North Broadway, Suite 900<br>     White Plains, New York 10601<br>     Telephone: (914) 298-3281<br>     gblankinship@fbfglaw.com<br>     bsilverman@fbfglaw.com<br>     ekelley@fbfglaw.com<br><br>*Attorneys for Plaintiff* | By:   */s/ Ashwin J. Ram*<br>     Ashwin J. Ram<br>     653 W. 5th Street, Suite 1900<br>     Los Angeles, CA 90071<br>     Phone: 213-439-9433<br>     aram@steptoe.com<br><br>     Daniel S. Blynn (admitted *pro hac vice*)<br>     1330 Connecticut Avenue, NW<br>     Washington, DC 20036<br>     Phone: 202-429-1307<br>     dblynn@steptoe.com<br><br>     John J. Byron (admitted *pro hac vice*)<br>     227 West Monroe Street, Suite 4700<br>     Chicago, IL 60606<br>     Phone: 312-577-1300<br>     jbyron@steptoe.com<br><br>     Evan M. Goldstick<br>     1114 Avenue of the Americas<br>     New York, NY 10036<br>     Phone: 212-506-3900<br>     egoldstick@steptoe.com<br><br>*Attorneys for Defendants* |

# **CERTIFICATE OF SERVICE**

I certify that on November 22, 2023, a copy of the foregoing was served electronically by the electronic filing system on all counsel of record.

                                           */s/ Ashwin J. Ram*
                                           Ashwin J. Ram