UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| URIEL MORALES, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT PALMESE et al.,<br><br>    Defendants. | 1:23-cv-03649-DLI-PK |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Eastern District of New York, all Defendants respectfully request that this Court grant Evan M. Goldstick of the law firm Steptoe LLP leave to withdraw his appearance as attorney of record in this action due to his departure from Steptoe LLP. Defendants will continue to be represented by counsel of record for Defendants.

WHEREFORE Defendants respectfully request that the Court grant Evan M. Goldstick leave to withdraw as attorney of record in this action.

Dated:  March 31, 2025                    Respectfully submitted,

*/s/ Evan M. Goldstick*
STEPTOE LLP
Evan M. Goldstick
1114 Avenue Of The Americas
New York, NY 10019
Tel: (212) 378-7506
egoldstick@steptoe.com

Ashwin J. Ram (admitted *pro hac vice*)
Tel: (213) 369-9443

Daniel S. Blynn (admitted *pro hac vice*)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-1307
dblynn@steptoe.com

*Counsel for Defendants*

SO ORDERED.

DATED: _____  _____
THE HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT COURT JUDGE